IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COURTNEY MACKINTRUSH**                                                      **PLAINTIFF**

v.                             **CASE NO. 4:18-CV-00086-BSM**

**PULASKI COUNTY SHERIFF'S**
**OFFICE,** *et al.*                                                          **DEFENDANTS**

## ORDER

The stay is lifted because the Eighth Circuit Court of Appeals has affirmed denial of summary judgment on Courtney MacKintrush's excessive force claim against Dustin Hodge. *See* Doc. Nos. 44, 48, 53.

The motion for supplementation of the summary judgment record [Doc. No. 31] is denied as moot. A new scheduling order shall issue.

IT IS SO ORDERED this 6th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE