# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**COURTNEY MACKINTRUSH**  PLAINTIFF

v.  **CASE NO. 4:18-CV-00086-BSM**

**PULASKI COUNTY**
**SHERIFF'S OFFICE,** *et al.*  DEFENDANTS

## ORDER

Pursuant to the parties' joint stipulation of dismissal, Doc. No. 64, this case is dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A).

IT IS SO ORDERED this 5th day of August, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE