IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COURTNEY MACKINTRUSH**                                         **PLAINTIFF**

v.                   **CASE NO. 4:18-CV-00086-BSM**

**PULASKI COUNTY**
**SHERIFF'S OFFICE,** *et al.*                                    **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE